(Reap. Dec. 8618)

FRANK P. DOW CO., INC., OF L. A. *v.* UNITED STATES

Entry Nos. 9797; 8063.

(Decided June 29, 1956)

*Lawrence & Tuttle* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals for reappraisement have been submitted for decision upon a stipulation of fact entered into by and between counsel for the respective parties hereto.

On the agreed facts I find the proper values of the involved merchandise to be as follows:

As to the merchandise covered by reappraisement 254761–A, the appraised value, less the shipping charges of rupees 210.

As to the merchandise covered by reappraisement 254762–A, the appraised value, less the railway freight charges of rupees 206.14.0.

Judgment will be entered accordingly.